

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WC 4TH AND RIO GRANDE, LP, | § | No. 08-22-00073-CV |
| Appellant, | § | Appeal from the |
| v. | § | 345th Judicial District Court |
| LA ZONA RIO, LLC, | § | of Travis County, Texas |
| Appellee. | § | (TC#D-1-GN-20-007177) |

### SUBSTITUTE JUDGMENT

The judgment of the Court issued May 25, 2023, is withdrawn, and the following is now the judgment of the Court.

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MARCH 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Palafox, J., would grant Motion for Rehearing